**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CAROLYN FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:14-cv-00781-WTL-DKL |
| ) | |
| STANDARD MUTUAL INSURANCE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the Court upon the Joint Stipulation of Dismissal with Prejudice filed herein by Plaintiff Carolyn Foster and Defendant Standard Mutual Insurance, Inc., and the Court having examined the same and being duly advised in the premises, enters the following Order. It is accordingly,

ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed with prejudice with each party to bear her or its own costs and attorneys' fees, except as otherwise provided in the parties' Settlement Agreement.

Date: 4/24/15

_____
JUDGE, UNITED STATES DISTRICT COURT

Distribution: Electronically Registered Counsel